UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,                         :

              *Plaintiff*,                         :         **18 Cr. 420 (ALC)**

   - against -                                              :         **NOTICE OF APPEARANCE**

                                                   :

JOSE HERNANDEZ, et al.
                                                   :

              *Defendants.*

                                                   :

-------------------------------------------------------------X

      NOTICE IS HEREBY GIVEN that Defendant EDWIN SANTANA appears in this action by STEVEN LYNCH, ESQ.

      I am an attorney duly admitted to practice in the courts of the State of New York, and am a member of the Bar of this Court.

Dated:  New York, New York
           July 25, 2018

                                                   _____
                                                   STEVEN LYNCH, ESQ.
                                                   65 Broadway, Suite 747
                                                   New York, NY 10006
                                                   Tel:  (212) 498-9494
                                                    Fax:  (212) 498-9320
                                                   Email:  steven@stevenelynch.com