USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: *1-15-20*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
United States of America,

                                                    **ORDER**

                                                    18-CR-420 (ALC)

-v-

Edwin Santana,
                Defendant(s)
---------------------------------------------------------X

**ANDREW L. CARTER, JR., United States District Judge:**

Due to a conflict on the Court's calendar, the sentencing set for April 23, 2020 is adjourned to **April 27, 2020 at 10:00 a.m.**

    **SO ORDERED.**

Dated: New York, New York
       January 15, 2020

                                                      _____
                                                    ANDREW L. CARTER, JR.
                                                   UNITED STATES DISTRICT JUDGE