```
USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 8-14-20
```

EdwNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
United States of America,

                        **ORDER**
                        18-CR-420 (ALC)

      -against-

Edwin Santana,
------------------------------------------------------------X

**ANDREW L. CARTER, JR., United States District Judge:**

      The Sentencing scheduled for September 2, 2020 is adjourned to **October 28, 2020** at 10:00 a.m.

      SO ORDERED.

Dated: New York, New York
       August 14, 2020

_____
**ANDREW L. CARTER, JR.**
**UNITED STATES DISTRICT JUDGE**