USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: _10-16-20_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

United States of America,

                      -against-

Edwin Santana,
-----------------------------------------------------------X

                                       **ORDER**
                                       18-CR-420 (ALC)

**ANDREW L. CARTER, JR., United States District Judge:**

      The Sentencing scheduled for October 28, 2020 is adjourned to **January 14, 2021** at **10:00 a.m.**

      **SO ORDERED.**

Dated: New York, New York
       October 16, 2020

_____
ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE