USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1-11-21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

United States of America,

                **ORDER**

                **18-CR-420 (ALC)**

   -against-

Edwin Santana,
-------------------------------------------------------X

**ANDREW L. CARTER, JR., United States District Judge:**

  The Sentencing scheduled for January 14, 2021 is adjourned to **April 16, 2021** at **2:00 p.m.**

  SO ORDERED.

Dated: New York, New York
    January 11, 2021

*/s/ Andrew L. Carter, Jr.*
**ANDREW L. CARTER, JR.**
**UNITED STATES DISTRICT JUDGE**