UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

United States of America,

                          -against-

Edwin Santana,
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4-9-21

**ORDER**
18-CR-420 (ALC)

ANDREW L. CARTER, JR., United States District Judge:

      The Sentencing scheduled for April 16, 2021 is adjourned to **July 15, 2021** at 11:30 a.m.

      SO ORDERED.

Dated: New York, New York
         April 9, 2021

_____
ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE