## WACHTELL, LIPTON, ROSEN & KATZ

| | | | | |
|---|---|---|---|---|
| MARTIN LIPTON | STEVEN A. COHEN | 51 WEST 52ND STREET | DAMIAN G. DIDDEN | SABASTIAN V. NILES |
| HERBERT M. WACHTELL | DEBORAH L. PAUL | NEW YORK, N.Y. 10019-6150 | IAN BOCZKO | ALISON ZIESKE |
| THEODORE N. MIRVIS | DAVID C. KARP | | MATTHEW M. GUEST | PREISS |
| EDWARD D. HERLIHY | RICHARD K. KIM | TELEPHONE: (212) 403-1000 | DAVID E. KAHAN | TIJANA J. DVORNIC |
| DANIEL A. NEFF | JOSHUA R. CAMMAKER | FACSIMILE: (212) 403-2000 | DAVID K. LAM | JENNA E. LEVINE |
| ANDREW R. BROWNSTEIN | MARK GORDON | | BENJAMIN M. ROTH | RYAN A. McLEOD |
| MARC WOLINSKY | JEANNEMARIE O'BRIEN | GEORGE A. KATZ (1965-1989) | JOSHUA A. FELTMAN | ANITHA REDDY |
| STEVEN A. ROSENBLUM | WAYNE M. CARLIN | JAMES H. FOGELSON (1967-1991) | ELAINE P. GOLIN | JOHN L. ROBINSON |
| JOHN F. SAVARESE | STEPHEN R. DiPRIMA | LEONARD M. ROSEN (1965-2014) | EMIL A. KLEINHAUS | JOHN R. SOBOLEWSKI |
| SCOTT K. CHARLES | NICHOLAS G. DEMMO | | KARESSA L. CAIN | STEVEN WINTER |
| JODI J. SCHWARTZ | IGOR KIRMAN | OF COUNSEL | RONALD C. CHEN | EMILY D. JOHNSON |
| ADAM O. EMMERICH | JONATHAN M. MOSES | | GORDON S. MOODIE | JACOB A. KLING |
| RALPH M. LEVENE | T. EIKO STANGE | | DONGJU SONG | RAAJ S. NARAYAN |
| RICHARD G. MASON | JOHN F. LYNCH | MICHAEL H. BYOWITZ   ERIC S. ROBINSON | BRADLEY R. WILSON | VIKTOR SAPEZHNIKOV |
| DAVID M. SILK | WILLIAM SAVITT | KENNETH B. FORREST   PATRICIA A. ROBINSON* | GRAHAM W. MELI | MICHAEL J. SCHOBEL |
| ROBIN PANOVKA | ERIC M. ROSOF | SELWYN B. GOLDBERG   ERIC M. ROTH | GREGORY E. PESSIN | ELINA TETELBAUM |
| DAVID A. KATZ | GREGORY E. OSTLING | PETER C. HEIN   PAUL K. ROWE | CARRIE M. REILLY | ERICA E. BONNETT |
| ILENE KNABLE GOTTS | DAVID B. ANDERS | MEYER G. KOPLOW   DAVID A. SCHWARTZ | MARK F. VEBLEN | LAUREN M. KOFKE |
| JEFFREY M. WINTNER | ANDREA K. WAHLQUIST | JOSEPH D. LARSON   MICHAEL J. SEGAL | SARAH K. EDDY | ZACHARY S. |
| TREVOR S. NORWITZ | ADAM J. SHAPIRO | LAWRENCE S. MAKOW   ELLIOTT V. STEIN | VICTOR GOLDFELD | PODOLSKY |
| BEN M. GERMANA | NELSON O. FITTS | DOUGLAS K. MAYER   WARREN R. STERN | BRANDON C. PRICE | RACHEL B. REISBERG |
| ANDREW J. NUSSBAUM | JOSHUA M. HOLMES | PHILIP MINDLIN   LEO E. STRINE, JR.** | KEVIN S. SCHWARTZ | MARK A. STAGLIANO |
| RACHELLE SILVERBERG | DAVID E. SHAPIRO | DAVID S. NEILL   PAUL VIZCARRONDO, JR. | MICHAEL S. BENN | CYNTHIA FERNANDEZ |
| | | HAROLD S. NOVIKOFF   PATRICIA A. VLAHAKIS | | LUMERMANN |
| | | LAWRENCE B. PEDOWITZ   AMY R. WOLF | | CHRISTINA C. MA |

\* ADMITTED IN THE DISTRICT OF COLUMBIA
\*\* ADMITTED IN DELAWARE

COUNSEL

| | |
|---|---|
| DAVID M. ADLERSTEIN | ADAM M. GOGOLAK |
| SUMITA AHUJA | NANCY B. GREENBAUM |
| AMANDA K. ALLEXON | MARK A. KOENIG |
| LOUIS J. BARASH | J. AUSTIN LYONS |
| OLIVER J. BOARD | ALICIA C. McCARTHY |
| FRANCO CASTELLI | NEIL M. SNYDER |
| ANDREW J.H. CHEUNG | S. CHRISTOPHER SZCZERBAN |
| PAMELA EHRENKRANZ | JEFFREY A. WATIKER |
| KATHRYN GETTLES-ATWA | |

Direct Dial: (212) 403-1307
Direct Fax: (212) 403-2307
E-Mail: DBAnders@wlrk.com

April 27, 2021

**Via ECF**

Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square, Room 435
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4/28/21

Re: *United States* v. *Hernandez, et al.* – Edwin Santana
<u>Docket No. 18-cr-420 (ALC)</u>

Dear Judge Carter:

      We represent defendant Edwin Santana in the above-captioned matter. The Court has scheduled a sentencing hearing in Mr. Santana's case for Thursday, July 15 at 11:30 a.m. *See* ECF No. 690. On March 17, the Court granted Mr. Santana's request for a temporary modification of the terms of his release to allow him to travel to Puerto Rico to visit his ailing grandmother. *See* ECF No. 680. We write to respectfully request another such temporary modification to the terms of Mr. Santana's release to allow him to return to Puerto Rico to visit

his grandmother again, this time from May 20-24. As with his prior trip, Mr. Santana would stay with family for the duration of his visit.

    Pretrial Services has informed us that it does not object to this request, provided that Mr. Santana provides Pretrial Services with certain information regarding his travel and lodging arrangements. The government has informed us that it defers to the position of Pretrial Services with respect to this request.

Very truly yours,

David B. Anders

cc: AUSA Christopher Clore (via ECF)
    AUSA Jacob Miller (via ECF)
    Pretrial Services Officer Courtney DeFeo (via email)

The application is **GRANTED**.
So Ordered.

4/28/21